UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

   v.

BYRON MOUNTAIN,
               Defendant.
------------------------------------------------------------x

**AMENDED SCHEDULING ORDER**

19 CR 700-4 (VB)

      The scheduling order in this case issued December 4, 2020 (Doc. #194), is amended to the extent of changing the call-in information for accessing the audio feed of the conference, as follows:  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering **Conference ID 936347784#**.

Dated:  December 9, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge