UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

               -v-

BYRON
~~BRYAN~~ MOUNTAIN,
        Defendant

-----------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT
AT CRIMINAL PROCEEDING**

19-CR-700 (VB)

12/21/20

____ Conference

I, BRYAN MOUNTAIN, have been charged in an indictment with violations of federal law. I have spoken with my attorney about those charges. My attorney has advised me that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether the time by which the trial must occur is properly excluded under the Speedy Trial Act. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences and hereby voluntarily consent to participate in a plea hearing via videoconferencing. I advise the court that I have given my consent to permit my attorney, Larry Sheehan to execute this document on my behalf and that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: _____   Bryan Mountain (signed by Judge Briccetti with defendant's consent)
                  Signature of Defendant

Byron
~~Bryan~~ Mountain
Print Name

I, Larry Sheehan, under penalty of perjury and pursuant to 28 U.S.C. 1746 that :

    I have discussed with my client the charges against my client contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.

    I further affirm that my client knowingly and voluntarily consents to the proceedings being held via videoconferencing and I will provide my client with a copy of the transcript of the proceedings.

Date: December 16, 2020

*[Signature]*
Larry Sheehan

So Ordered:
*[Signature]* /USDJ
12/18/2020