Case 7:19-cr-00700-VB Document 367 Filed 01/22/24 Page 1 of 1

Copies Mailed 1/22/24
Chambers of Vincent L. Briccetti

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

1-22-24

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BYRON MOUNTAIN | ) | Case No: 19 CR 700-4 (VB) |
|  | ) | USM No: 85120-054 |
| Date of Original Judgment: 03/26/2021 | ) | |
| Date of Previous Amended Judgment: | ) | Lawrence J. Sheehan, Esq. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/26/2021  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  01/22/2024

Judge's signature

Effective Date: _____
*(if different from order date)*

Vincent L. Briccetti, U.S.D.J.
Printed name and title