AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 19 CR 700-4 (VB) |
| BYRON MOUNTAIN ) | USM No: 85120-054 |
| ) | |
| Date of Original Judgment: 03/26/2021 ) | |
| Date of Previous Amended Judgment: ___ ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 6/17/24

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Mailed/Faxed 6/17/24 to chambers of Vincent L. Briccetti

Except as otherwise provided, all provisions of the judgment dated __03/26/2021__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  06/17/2024          _____
                                  *Judge's signature*

Effective Date: _____   Vincent L. Briccetti, U.S.D.J.
  *(if different from order date)*   *Printed name and title*