```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :         ORDER
v.                                 :
                                   :         19 CR 700-4 (VB)
BYRON MOUNTAIN,                    :
                    Defendant.     :
---------------------------------------------------------------x
```

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-24**

Copies Mailed/Faxed 10-7-24
Chambers of Vincent L. Briccetti

In a letter addressed to "records department," which was received by the Court on October 7, 2024, defendant requests a copy of the transcript of his sentencing proceeding on March 24, 2021. Defendant says he does not sufficient funds to pay the usual fee for a copy of the transcript. Under the circumstances, Chambers will mail a copy of the sentencing transcript to defendant at the following address:

    Byron Mountain, Reg. No. 85120-054
    FCI Allenwood Medium
    Federal Correctional Institution
    P.O. Box 2000
    White Deer, PA  17887

Dated: October 8, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge