USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

BYRON MOUNTAIN,
                Defendant.
-----------------------------------------------------------x

**ORDER**

19 CR 700-4 (VB)

    On November 3, 2025, the Court received an undated letter from defendant Byron Mountain. The letter and its attachments will be separately docketed. The Court fairly construes defendant's letter as a motion for a reduction of his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (i.e., a compassionate release motion).

    The government is directed to file a response to the motion by December 1, 2025. The government's response shall address the issue of exhaustion as well as the merits of the motion. The government's response shall include a certification that a copy has been served on defendant.

    If defendant wishes to file a reply to the government's submission, he shall do so by no later than December 22, 2025.

    Chambers will mail a copy of this Order to defendant at the following address:

Byron Mountain, Reg. No. 85120-054
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887

Dated: November 3, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge